# Exhibit

# 2



| | |
|---|---|
| **URL** | https://us.shein.com/Toddler-Boys-3D-Lion-Print-Spliced-Tee-p-1945441-cat-2107.html?src_identifier=st%3D2%60sc%3D3D%20Print%20Tee%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_search1657739019252&attr_ids=&scici=Search~~EditSearch~~1~~3D_20Print_20Tee~~~~0 |
| **Date captured** | September  6th 2022, 3:21:41PM |
| **Last updated** | September  6th 2022, 3:21:41PM |
| **Hash** | 24cd3b78ae5669d0881f483dae8ed21e5e2dca2e6cd177fe76ac2ff34de00140 |

10% OFF orders of $29+ | 15% OFF orders of $69+ | 20% OFF orders of $169+   Code: **FALLFUN**

WOMEN   PLUS   HOME   KIDS   MEN   BEAUTY

# SHEIN

**Free Standard Shipping** on orders over US$49.00

  0   0

NEW IN   FW22   SALE   SHEIN X DESIGNERS   CLOTHING   DRESSES   TOPS   LINGERIE & LOUNGE

Skirt

Home / Kids Clothing / Toddler Boys Clothing / Toddler Boys Tops / Toddler Boy T-Shirts / Toddler Boys 3D Lion Print Spliced Tee







## Toddler Boys 3D Lion Print Spliced Tee

SKU: sktee03201205009          (9999+ Reviews)

## US$6.00



**Color:**  Blue and White

 

**Size** (US)

100(3-4Y)   110(4-5Y)   120(5-6Y)   130(7-8Y)

140(9-10Y)

☐ Size Guide

**ADD TO BAG**

Earn **6** SHEIN Points



| | |
|---|---|
| **URL** | https://us.shein.com/Toddler-Boys-3D-Lion-Print-Spliced-Tee-p-1945441-cat-2107.html?src_identifier=st%3D2%60sc%3D3D%20Print%20Tee%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_search1657739019252&attr_ids=&scici=Search~~EditSearch~~1~~3D_20Print_20Tee~~~~0 |
| **Date captured** | September  6th 2022, 3:21:58PM |
| **Last updated** | September  6th 2022, 3:21:58PM |
| **Hash** | 437b0231b90607c317ad8bd930717189ebe5c28ac56556a27c77a081f9db6f85 |

**10% OFF** orders of $29+ | **15% OFF** orders of $69+ | **20% OFF** orders of $169+   Code: <u>FALLFUN</u>

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY          **SHEIN**          **Free Express Shipping** on orders over US$129.00     0    ♡ 0    🎧    🌐

NEW IN    FW22    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS    LINGERIE & LOUNGE          Dress    🔍

Home / Kids Clothing / Toddler Boys Clothing / Toddler Boys Tops / Toddler Boy T-Shirts / Toddler Boys 3D Lion Print Spliced Tee








### Toddler Boys 3D Lion Print Spliced Tee

SKU: sktee03201205009    ☆☆☆☆☆ (9999+ Reviews)

## US$6.00

**Color:** Blue and White

 

**Size** (US)

100(3-4Y)    110(4-5Y)    120(5-6Y)    130(7-8Y)

140(9-10Y)

☐ Size Guide

**ADD TO BAG**    ☐

Earn **6** SHEIN Points


GET EXTRA 15%

10% OFF orders of $29+ | 15% OFF orders of $69+ | 20% OFF orders of $169+  Code: FALLFUN

WOMEN   PLUS   HOME   KIDS   MEN   BEAUTY           SHEIN        Free Express Shipping on orders over US$129.00        👤   🛍 0   ♡ 0   🎧   🌐

NEW IN   FW22   SALE   SHEIN X DESIGNERS   CLOTHING   DRESSES   TOPS   LINGERIE & LOUNGE        Dress   🔍

Large _____ 1%

**All Reviews (9999+)**   Image (2610)

Rating  [ All ☐ ]          Review by product  [ All ☐ ]          Sort by  [ **Recommend** ☐ ]

**S***y**           ☆☆☆☆☆                                           ☐ Helpful (26)   ☐

**He thinks he's Mufasa**

Translate

**Overall Fit:** True to Size       **Color:** Black and White   **Size:** 130

                                                                        29 Apr,2020

GET EXTRA 15%

10% **OFF** orders of $29+ | 15% **OFF** orders of $69+ | 20% **OFF** orders of $169+   Code: **FALLFUN**

WOMEN   PLUS   HOME   KIDS   MEN   BEAUTY        SHEIN        **Free Express Shipping** on orders over US$129.00

NEW IN   FW22   SALE   SHEIN X DESIGNERS   CLOTHING   DRESSES   TOPS   LINGERIE & LOUNGE



2 Oct,2020

r***0

Weight: 1.0 kg / 2.2 lbs
Height: 75.0 cm / 29.5 in

Helpful (10)

I love the way it looks, but its polyester. Size 120 fits 4 years old boy. مقاس
120 يناسب عمر 4 سنوات

Translate

**Overall Fit:** True to Size    **Color:** Black and White    **Size:** 120

  

6 Mar,2021

Total 3334 Pages   ‹   **1**   2   3   4   5   6   7   8   9   10   ›

GET EXTRA 15%




**URL**              https://us.shein.com/Toddler-Boys-Lion-Graphic-Tee-Shorts-Set-p-1293648-cat-2108.html
**Date captured**    September 23th 2022, 3:11:22PM
**Last updated**     September 23th 2022, 3:11:22PM
**Hash**             765734840bf8e8aa2c91271563da9381a8c1a06c62f241cd8f1aff117a51489f



F ORDERS OF $29+  |  **15% OFF** ORDERS OF $69+  |  **20% OFF** ORDERS OF $169+  **CODE: F**

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY              SHEIN              Extra 15% OFF YOUR FIRST ORDER      0   ♡ 0   🎧   🌐

NEW IN   FW22   SALE   SHEIN X DESIGNERS   CLOTHING   DRESSES   TOPS   LINGERIE & LOUNGE        [ SHEIN X Donna Adi          🔍 ]

## Description

A knit set featuring a short sleeve tee with a front colorblock lion graphic and a crew neck, as well as a pair of solid biker shorts with an elastic waistband. Complete the look with sneakers and a baseball hat.

| | |
|---|---|
| Color: | Black |
| Style: | Casual |
| Pattern Type: | Animal, Colorblock |
| Top Type: | Tee |
| Bottom Type: | Track Shorts |
| Pants & Tops Material: | Polyester |
| Pants & Tops Composition: | 95% Polyester, 5% Elastane |
| Neckline: | Round Neck |
| Sleeve Length: | Short Sleeve |
| Sleeve Type: | Regular Sleeve |
| Fit Type: | Regular Fit |

## Size & Fit



# Customer Reviews ( 2997 )



ORDERS OF $29+   |   **15% OFF** ORDERS OF $69+   |   **20% OFF** ORDERS OF $169+   **CODE: F**

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY          SHEIN          Extra 15% OFF YOUR FIRST ORDER          0    0

NEW IN    FW22    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS    LINGERIE & LOUNGE          SHEIN X Donna Adi



7 Aug,2020                                                                                    Points Program

**m***9**

Weight: 1.0 kg / 2.2 lbs
Height: 30.0 cm / 11.8 in

nice quick dry fabric. love it. my little guy is a usa 6/7 130 is perfect with bit of room to grow. don't want it too tight. get it.

Translate

**Overall Fit:** True to Size    **Color:** Black    **Size:** 130

Helpful (7)

16 Jan,2021                                                                                   Points Program

Total 999 Pages    ‹    **1**    2    3    4    5    6    7    8    9    10    ›

GET EXTRA 15%

**URL**                    https://us.shein.com/Toddler-Boys-Lion-Graphic-Tee-Shorts-Set-p-1293648-cat-2108.html
**Date captured**          September 23th 2022, 3:11:27PM
**Last updated**           September 23th 2022, 3:11:27PM
**Hash**                   f9dada6574467ab14ee54758591b8b48aaf672ac8ce4e4d91cc49418adedbc0e











Warning: Keep this plastic bag away from babies and children to avoid danger of suffocation. Do not use this bag in cribs, beds, carriages or playpens. This film may cling to nose and mouth and prevent breathing. This bag is not a toy.

Advertencia: Para evitar el riesgo de asfixia, mantenga esta bolsa de plástico al alcance bebés y niños. No utilice esta bolsa en cunas, camas, cochecitos o parques. La película podría adherirse a la nariz y a la boca e impedir la respiración. Esta bolsa no es un juguete.

Avertissement: Conservez ce sac en plastique hors de portée des bébés et des enfants pour éviter tout danger de suffocation. N'utilisez pas ce sac dans les berceaux, les lits, les poussettes ou les parcs. Ce film plastique peut se coller au nez et à la bouche et empêcher l'enfant de respirer. Ce sac n'est pas un jouet.



04
PE-LD