UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20417-RAR (Consolidated)

**MARTINA FICHERA**,

    Plaintiff,

v.

**ZOETOP BUSINESS CO., LIMITED,
SHEIN DISTRIBUTION CORP.,**

    Defendants.
_____/

## ORDER ON JOINT MOTION FOR PARTIAL SETTLEMENT

**THIS CAUSE** comes before the Court on the parties' Joint Notice for Partial Settlement ("Notice"), [ECF No. 41], filed on July 26, 2023. The Notice states that "Plaintiff Martina Fichera and Defendants Shein Distribution Corp. and Zoetop Business Co., Limited… hereby notify the Court that the parties have reached a settlement." Notice at 2. Accordingly, the Court having carefully reviewed the Notice, the record, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows that the settling parties shall file dismissal documents on or before **September 9, 2023.**

**DONE AND ORDERED** in Miami, Florida, this 27th day of July, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**