UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20417-RAR

**MARTINA FICHERA**,

    Plaintiff,

v.

**ZOETOP BUSINESS CO., LIMITED,
SHEIN DISTRIBUTION CORP.,**

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Defendants notified the Court of the existence of a related action, *Tan v. Shein Distribution Corp., et al.*, originally filed in the Southern District of New York. *See* Notice of Pending, Refiled, Related or Similar Actions ("Notice"), [ECF No. 75]. The Notice indicates that the Southern District of New York granted Defendant's motion to transfer the case to the Southern District of Florida to join the above-captioned litigation. *See* Opinion & Order, [ECF No. 75-1]. The case was then transferred to the Southern District of Florida and subsequently transferred to the undersigned pursuant to Internal Operating Procedures in the Southern District of Florida.

Pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court exercises its discretion to further consolidate this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Case No. 24-cv-20259** is hereby **CONSOLIDATED** with the above-captioned case number.

      2.  The Clerk of Court is instructed to **CLOSE Case No. 24-cv-20259** for administrative purposes only.

      3.  The parties are instructed to file all future motions under **Case No. 23-cv-20417-RAR only.**

      **DONE AND ORDERED** in Miami, Florida, this 25th day of January, 2024.

      _____
      **RODOLFO A. RUIZ II**
      **UNITED STATES DISTRICT JUDGE**