UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20417-RAR

**MARTINA FICHERA**,

    Plaintiff,

v.

**ZOETOP BUSINESS CO., LIMITED,
SHEIN DISTRIBUTION CORP.**,

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Plaintiffs have filed Complaints in the Southern District of Florida similar to those previously consolidated by this Court: *Goldman v. Shein Distribution Corp.*, Case No. 24-cv-20363, and *Sung Kim Art, LLC v. Shein Distribution Corp.*, Case No. 24-cv-20362. The case *Goldman v. Shein Distribution Corp.*, Case No. 24-cv-20363, was transferred to the undersigned pursuant to Internal Operating Procedures in the Southern District of Florida.

Pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court exercises its discretion to further consolidate this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Case No. 24-cv-20362 and Case No. 24-cv-20363** are hereby **CONSOLIDATED** with the above-captioned case number.

2. The Clerk of Court is instructed to **CLOSE Case No. 24-cv-20362 and Case No. 24-cv-20363** for administrative purposes only.

3. The parties are instructed to file all future motions under **Case No. 23-cv-20417-RAR only.**

**DONE AND ORDERED** in Miami, Florida, this 31st day of January, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**