UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20417-RAR

**MARTINA FICHERA**,

    Plaintiff,

v.

**ZOETOP BUSINESS CO., LIMITED,
SHEIN DISTRIBUTION CORP.,**

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Plaintiff has filed a Complaint, *Harnchakkham v. Shein Distribution Corp.*, Case No. 24-cv-20373, similar to those previously consolidated by this Court. The case was transferred to the undersigned pursuant to Internal Operating Procedures in the Southern District of Florida.

Pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court exercises its discretion to further consolidate this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Case No. 24-cv-20373** is hereby **CONSOLIDATED** with the above-captioned case number.

2. The Clerk of Court is instructed to **CLOSE Case No. 24-cv-20373** for administrative purposes only.

3. The parties are instructed to file all future motions under **Case No. 23-cv-20417-RAR only.**

**DONE AND ORDERED** in Miami, Florida, this 1st day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**