# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| MARTINA FICHERA, <br><br> Plaintiff, <br> v. <br><br> ZOETOP BUSINESS CO., LIMITED., a Hong Kong Limited Company, SHEIN DISTRIBUTION CORP., a Delaware Corporation, and ROADGET BUSINESS PTE. LTD., <br><br> Defendants. | S.D.FLA. NO. 1:23-CV-20417-JB |
| *AND CONSOLIDATED CASES* | Administratively closed, consolidated cases: 23-cv-20434, 23-cv-20444, 23-cv-20471, 24-cv-20259, 24-cv-20362, 24-cv-20363, 24-cv20373 |

## STIPULATION OF DISMISSAL

Plaintiffs KENNY OSINNOWO, G&S PRINTS, FRANCIS MINOZA, LAURENCE MINOZA, KEVIN TAN, SUNG KIM ART, LLC, CHALERMPHOL HARNCHAKKHAM, and LINDSAY JANET GOLDMAN; Defendants SHEIN DISTRIBUTION CORP., and ROADGET BUSINESS PTE. LTD, and Former Defendant ZOETOP BUSINESS CO. LIMITED[1], by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the entry of an order dismissing the entirety of this consolidated action, including the lead consolidated case, which is:

*Martina Fichera v Zoetop Business Co. Limited, et al.*, Case No. 1:23-cv-20417)[2];

---

[1] Former defendant Zoetop was previously dismissed from the consolidated action without prejudice by stipulation on March 28, 2024 (ECF No. 124).
[2] Former plaintiff Fichera's individual claims were previously dismissed with prejudice by an order of dismissal dated November 6, 2023 (ECF No. 55).

and all of the consolidated cases, which are:

*Kenny Osinnowo v. Zoetop Business Co., Limited et. al.*, Case No. 1:23-cv-20444;

*G&S Prints Pte. Ltd. v. Zoetop Business Co. Limited et. al.*, Case No. 1:23-cv-20471;

*Francis Minoza and Laurence Minoza v. Zoetop Business Co. Limited et. al.*, Case No. 1:23-cv-20434; *Kevin Tan v. Zoetop Business Co. Limited et. al.*, Case No. 1:24-cv-20259; *Chalermphol Harnchakkham v. Roadget Business Pte. Ltd. et. al.*, Case No. 1:24-cv-20373; *Sung Kim Art, LLC v. Zoetop Business Co. Limited et. al.*, Case No. 1:24-cv-20362; *Lindsay Janet Goldman v. Zoetop Business Co. Limited et. al.*, Case No. 1:24-cv-20363[3];

**with prejudice** as to all parties, including as to each of the Plaintiffs, Defendants, and Former Defendant, with each party to bear its own costs, attorneys' fees and expenses. For clarity, all aspects of this consolidated action are now intended to be dismissed with prejudice.

Notwithstanding the reference to Fed. R. Civ. P. 41(a)(1)(A)(ii), this stipulation is conditioned upon the Court's entry of an order of dismissal pursuant to Fed. R. Civ. P. 41(a)(2) on terms the Court considers proper, provided that those terms are consistent with the terms set forth in this Stipulation.

Dated:  September 3, 2024                      Respectfully submitted,

 */s/ Layla T. Nguyen*                            */s/ Morgan E. Pietz*
LAYLA T. NGUYEN                          (admitted *pro hac vice*)
Bar Number: 1024723                       MORGAN E. PIETZ
layla.nguyen@sriplaw.com                  Cal. Bar No. 260629
                                          morgan@psitrials.com

 */s/ Joel B. Rothman*

---

[3] Former plaintiff Golebiowski's case (S.D. Fla. Case No. 23-cv-20433) was previously dismissed with prejudice by an order of dismissal dated April 12, 2023 (ECF No. 29).

| | |
|---|---|
| JOEL B. ROTHMAN<br>Bar Number: 98220<br>Joel.rothman@sriplaw.com<br><br>**SRIPLAW, P. A.**<br>21301 Powerline Road<br>Suite 100<br>Boca Raton, FL 33433<br>561.826.6924 – Telephone<br>561.404.4353 – Facsimile<br><br>*Counsel for Consolidated Plaintiffs* | **PIETZ & SHAHRIARI, LLP**<br>6700 S. Centinela Avenue<br>2nd Floor<br>Culver City, CA 90230<br>310.242.5557 - Telephone<br><br>*/s/ Cleo I. Suero*<br>CLEO I. SUERO<br>Florida Bar No. 1,024,675<br>csuero@malloylaw.com<br>OLIVER ALAN RUIZ<br>Florida Bar No. 524,786<br>oruiz@malloylaw.com<br>JOHN CYRIL MALLOY, III<br>Florida Bar No. 964,220<br>jcmalloy@malloylaw.com<br><br>**MALLOY & MALLOY, P.L.**<br>2800 S.W. Third Avenue<br>Miami, FL 33129<br>305.858.8000 - Telephone<br><br>*Counsel for Defendants* |